1374

Sewview Company, Incorporated, et al., Appellants, v. John VanHoogenhuyze, Appellee.

*Hudson & Cason*, for Appellants.

*Jarrell & Rogers*, for Appellee.

Third National Bank of Miami, Appellant, v. James A. Elkin, et al., Appellees.

*Wisehart & Gay*, for Appellant;

*Knight, Pace & Holt*, for Appellees.

Third National Bank of Miami, Appellant, v. James A. Elkin, et al., Appellees.

*Wisehart & Gay*, for Appellant;

*Knight, Pace & Holt*, for Appellees.